No. 75–338.  SERVANTES *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 75–351.  CALLAHAN *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 75–352.  DiSILVIO *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 75–357.  ALOI *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 75–358.  TROISE *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 75–379.  POMPONIO ET AL. *v.* UNITED STATES; and
No. 75–413.  POMPONIO *v.* UNITED STATES.  C: A. 4th Cir.  Certiorari denied.  Reported below: 517 F. 2d 460.

No. 75–386.  ROCKWELL ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 9th Cir.  Certiorari denied.

No. 75–389.  STRONG ET AL. *v.* UNITED STATES;
No. 75–438.  POTTAWATOMIE TRIBE OF INDIANS ET AL. *v.* UNITED STATES; and
No. 75–458.  HANNAHVILLE INDIAN COMMUNITY ET AL. *v.* UNITED STATES.  Ct. Cl.  Certiorari denied.  Reported below: 207 Ct. Cl. 554, 518 F. 2d 556.

No. 75–396.  HOME SAVINGS & LOAN ASSN. *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 75–401.  CHAPIN *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.